GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
State Bar No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

FILED

2023 FEB 15  PM 1: 38

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-00196 TUC-JAS(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                   Plaintiff,<br><br>           vs.<br><br>Jillian Maney,<br><br>                   Defendant. | No.<br><br>**I N D I C T M E N T**<br><br>VIO:   18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>         (Making False Statement in<br>         Connection with Acquisition of<br>         Firearms)<br>         Counts 1-4 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about March 19, 2022, in the District of Arizona, the Defendant JILLIAN MANEY, in connection with the acquisition of a firearm, knowingly made a false statement and representation to Sportsman's Warehouse, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sportsman's Warehouse, in that Defendant stated in writing that her address was on Glenn Street in Tucson, whereas in truth and fact, that was not Defendant's current address, in violation of Title 18, United States Code, Sections 924(a)(1)(A).

## COUNT 2

On or about March 22, 2022, in the District of Arizona, the Defendant JILLIAN MANEY, in connection with the acquisition of a firearm, knowingly made a false statement and representation to Sportsman's Warehouse, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sportsman's Warehouse, in that Defendant stated in writing that her address was on Glenn Street in Tucson, whereas in truth in fact, that was not Defendant's current address, in violation of Title 18, United States Code, Sections 924(a)(1)(A).

## COUNT 3

On or about March 23, 2022, in the District of Arizona, the Defendant JILLIAN MANEY, in connection with the attempted acquisition of firearms, knowingly made a false statement and representation to Sportsman's Warehouse, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sportsman's Warehouse, in that Defendant stated in writing that her address was on Glenn Street in Tucson, whereas in truth and fact, that was not Defendant's current address, in violation of Title 18, United States Code, Sections 924(a)(1)(A).

## COUNT 4

On or about February 8, 2023, in the District of Arizona, the Defendant JILLIAN MANEY, in connection with the attempted acquisition of firearms, knowingly made a false statement and representation to Catalina Pawn, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Catalina Pawn, in that Defendant stated in writing that her address was on Glenn Street in

*United States of America v. Maney*
*Indictment Page 2 of 3*

Tucson, whereas in truth and fact, that was not Defendant's current address, in violation of Title 18, United States Code, Sections 924(a)(1)(A).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: February 15, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

SARAH B. HOUSTON
Assistant U.S. Attorney

*United States of America v. Maney*
*Indictment Page 3 of 3*